RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Adam Nicholas Schpakow

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM NICHOLAS SCHPAKOW,

Defendant.

Case No. 2:19-mj-00462-EJY

**STIPULATION TO CONTINUE STATUS CHECK HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Adam Nicholas Schpakow, that the Status Check Hearing currently scheduled on September 29, 2020 at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requests additional time for defendant to complete all court ordered conditions.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status check hearing.

DATED this 28th day of September, 2020.

RENE L. VALLADARES
Federal Public Defender

By *__/s/ Katherine A. Tanaka__*
KATHERINE A. TANAKA
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

By *__/s/ Rachel Kent__*
RACHEL KENT
Special Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM NICHOLAS SCHPAKOW,

Defendant.

Case No. 2:19-mj-00462-EJY

**ORDER**

IT IS THEREFORE ORDERED that the status check hearing currently scheduled for Tuesday, September 29, 2020 at 1:30 p.m., be vacated and continued to November 23, 2020 at the hour of 2:30 p.m. in Courtroom 3C.

DATED this 29th day of September, 2020.

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE